UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 08, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Michael Martin, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-3621 |
| | § | |
| NES Global, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

# Final Dismissal

1. On Michael Martin's motion, his motion to alter judgment is withdrawn. (44) (49)

2. On the parties' notice, this case is dismissed with prejudice.

Signed on May 8, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge